**J. C. COSTELLO, Movant, v. Mildred EDELEN, Opposed.**

Court of Appeals of Kentucky.
May 11, 1951.

Davis, Boehl, Viser & Marcus, of Louisville, and William A. Miller and A. J. Deindoerfer, of Louisville, for movant.

Raymond F. Bossmeyer, of Louisville, for opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.